1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                               AT SEATTLE

8
      RAFAEL DOMINGO ESMERIO,
9
                         Petitioner,                CASE NO.  C06-411-RSL-JPD
10
             v.
11                                                  MINUTE ORDER
      ALBERTO GONAZALES, et al.,
12
                         Respondents.
13

14
             The following Minute Order is made at the direction of the Court, the Hon. James P.
15
      Donohue, United States Magistrate Judge:
16
             Having considered petitioner's motion for extension of time to file a response to
17
      respondents' motion to dismiss (Dkt. #14), the Court hereby grants petitioner until June 26,
18
      2006, to file a response.  Respondents' motion to dismiss (Dkt. #11) is re-noted on the Court's
19
      calendar for consideration on June 30, 2006.
20
             DATED this 5th day of June, 2006.
21

22                                                  BRUCE RIFKIN, Clerk

23

24                                         By: /s/  Peter Voelker
                                                    Deputy Clerk
25

26    MINUTE ORDER
      PAGE – 1